1  **CAREY D. GORDEN**
California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  carey_gorden@fd.org

5

Attorneys for Defendant Mr. Joya

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   Case No. 08mj0605
                                      )
11         Plaintiff,                 )
                                      )
12 v.                                 )
                                      )   **NOTICE OF APPEARANCE**
13 **FELIPE DE JESUS JOYA PLAZOLA**,  )
                                      )
14         Defendant.                 )
                                      )

15

16        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

17 Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

18 the above-captioned case.

19                                            Respectfully submitted,

20 Dated: March 3, 2008                        *s/ Carey D. Gorden*
                                               Federal Defenders of San Diego, Inc.
21                                             Attorneys for Defendant
                                               carey_gorden@fd.org