1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) CASE NO. 08CR737-WQH
                                      )
11 |           Plaintiff,             )
                                      )
12 | v.                               ) **NOTICE OF APPEARANCE**
                                      )
13 | FELIPE DE JESUS JOYA PLAZOLA,    )
                                      )
14 |           Defendant.             )
                                      )
15 |_____    )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 attorney replacing Carey Gorden in the above-captioned case.

21                                            Respectfully submitted,

23 Dated: June 19, 2008                       */s/ Victor N. Pippins*
                                              Federal Defenders of San Diego, Inc.
24                                            Attorneys for Defendant
                                              Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: June 19, 2008             /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email